**No. 09-10377. Oscar Roy Doster, Petitioner v. Texas.**

560 U.S. 957, 130 S. Ct. 3397, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4580.

June 7, 2010. Petition for writ of certiorari to Court of Criminal Appeals of Texas denied.

Same case below, 303 S.W.3d 720.

**No. 09-10383. Jessica Barraza, Petitioner v. Nevada.**

560 U.S. 957, 130 S. Ct. 3397, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4655.

June 7, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1018, 281 P.3d 1153.

**No. 09-10388. Rogers Murrell, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

560 U.S. 957, 130 S. Ct. 3397, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4587.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 334 Fed. Appx. 324.

**No. 09-10390. Robert Alexander Verbal, Petitioner v. Ricky Anderson,**

**Administrator, Pasquotank Correctional Institution.**

560 U.S. 957, 130 S. Ct. 3397, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4662.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 361 Fed. Appx. 487.

**No. 09-10397. Clay Alexander, Petitioner v. Colorado.**

560 U.S. 958, 130 S. Ct. 3397, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4588.

June 7, 2010. Petition for writ of certiorari to the Court of Appeals of Colorado denied.

**No. 09-10569. Dalrick Aion Henry, Petitioner v. Kathy Mendoza-Powers, Warden.**

560 U.S. 958, 130 S. Ct. 3398, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4597.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 741.

**No. 09-10589. Aldo Omar Crotte Sainez, Petitioner v. George Venables.**

560 U.S. 958, 130 S. Ct. 3399, 177 L. Ed. 2d 312, 2010 U.S. LEXIS 4709.

June 7, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 588 F.3d 713.